**Opinion filed September 9, 2010**



## In The

# Eleventh Court of Appeals

_____

## No. 11-10-00195-CV

_____

## DON EARL HUTTO, Appellant

## V.

## CITY OF CLEBURNE ET AL, Appellees

**On Appeal from the 18th District Court**

**Johnson County, Texas**

**Trial Court Cause No. T200800104**

### M E M O R A N D U M   O P I N I O N

The trial court signed its default judgment on June 18, 2009.  One year later on June 18, 2010, Don Earl Hutto filed his pro se notice of appeal.  We dismiss.

On August 18, 2010, the clerk of this court wrote the parties advising them that it appeared an appeal had not been timely perfected and requesting that Hutto respond showing grounds for continuing the appeal.  Hutto has responded to our August 18 letter.  In his response, Hutto states that he had no notice of the June 2009 hearing and that he was financially unable to hire an attorney.  Hutto argues the merits of his claims but does not establish how this court has jurisdiction over his appeal.

Hutto has not complied with the provisions of TEX. R. APP. P. 25.1, 26.1, or 26.3 and, therefore, has not properly perfected an appeal. The appeal is dismissed for want of jurisdiction.

PER CURIAM

September 9, 2010

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.